# LEEDS BROWN LAW, P.C.

One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
―――――――――――――――――――――*Attorneys at Law*―――――――――――――――――――――

**Via ECF**  February 12, 2024
Honorable Pamela Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    ***Garcia v. Skechers USA Retail, LLC***
                  Case No. 1:23-cv-1055-PKC-JAM

Dear Judge Chen:

      We represent Plaintiff Ronaldo Garcia and the putative class in the above-referenced action. We write to apprise Your Honor of what we believe to be the first decision rendered on a defendant's motion to dismiss since the issuance of *Grant v. Global Aircraft Dispatch, Inc.*, which Defendant herein brought to the Court's attention on January 23, 2024 (*see* Dkt #19).

      As such, enclosed for the Court's consideration is the February 12, 2024 decision, *Zachary v. BG Retail, LLC*, Case No. 7:22-cv-10521 (VB) (S.D.N.Y.) (Briccetti, J.). Judge Briccetti's decision includes a discussion and analysis of the *Grant* decision as it pertains to New York Labor Law § 191 claims.

                                                         Respectfully submitted,

                                                        **LEEDS BROWN LAW, P.C.**

                                                        Brett R. Cohen

Enclosure